No. 13, original. NEBRASKA *v.* WYOMING. December 23, 1935. The motion for leave to file amended and supplemental answer is granted. It is ordered that the State of Colorado be made a party defendant to this suit and that process issue against the State of Colorado in accordance with the prayer of the amended and supplemental answer of the State of Wyoming, returnable on Monday, March 2 next. *Mr. Ray E. Lee*, Attorney General of Wyoming, and *Messrs. Robert R. Rose* and *William C. Snow* for defendant, in support of the motion.

No. ——. BURT *v.* GENERAL ELECTRIC Co. January 6, 1936. The application of John C. Burt, dated December 28, 1935, is denied. *Mr. John C. Burt, pro se*, in support of the application.

No. 283. BALTIMORE NATIONAL BANK *v.* STATE TAX COMMISSION OF MARYLAND. See *ante*, p. 538.